IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBIN WINGARD, | ) | |
| AIS #193400, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09-CV-368-WHA |
| | ) | [WO] |
| | ) | |
| CHILTON COUNTY TASK FORCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the response filed by the plaintiff on May 8, 2009 (Court Doc. No. 4), and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension from May 7, 2009 to and including May 21, 2009 to file the initial partial filing fee. The plaintiff is advised that he should provide jail officials, not this court, with his permission to remove funds from his account for payment of the requisite fee.

Done this 12th day of May, 2009.

       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       CHIEF UNITED STATES MAGISTRATE JUDGE