IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ROBIN WINGARD, | ) | |
| AIS #193400, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09-CV-368-WHA |
| | ) | [WO] |
| | ) | |
| CHILTON COUNTY TASK FORCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the response filed by the plaintiff on May 19, 2009 (Court Doc. No. 6), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff be GRANTED an extension from May 21, 2009 to and including June 1, 2009 to file the initial partial filing fee.

Done this 20th day of May, 2009.

           /s/ Susan Russ Walker
           SUSAN RUSS WALKER
           CHIEF UNITED STATES MAGISTRATE JUDGE