IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBIN WINGARD, <br> AIS #193400, <br><br> Plaintiff, <br><br> v. <br><br> CHILTON COUNTY TASK FORCE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 2:09-CV-368-WHA <br> )                      [WO] <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on June 4, 2009 (Court Doc. No. 12), and in light of the order entered on June 3, 2009 (Court Doc. No. 10) granting the plaintiff leave to proceed *in forma pauperis* status with the exception of payment of the filing fee from funds which become available to him as required by the provisions of 28 U.S.C. § 1915(b)(2), it is

ORDERED that the present motion (Court Doc. No. 12) be and is hereby DENIED as moot.

Done this 8th day of June, 2009.

   /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE