IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBIN WINGARD, ) <br> AIS #193400, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br>   ) <br> CHILTON COUNTY TASK FORCE, et al.,) <br>   ) <br> Defendants. ) | CIVIL ACTION NO. 2:09-CV-368-WHA <br> [WO] |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 24, 2009 the plaintiff shall (i) show cause why he has failed to file an amendment to his complaint in accordance with the directives of the order entered on June 3, 2009 (Court Doc. No. 11), and (ii) file the requisite amendment.

The plaintiff is cautioned that his failure to comply with the directives of this order will result in a Recommendation that his claims against the Chilton County Task Force and the arresting officer be dismissed.

Done this 12th day of August, 2009.

   /s/ Susan Russ Walker   
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE