IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBIN WINGARD, ) | |
| AIS # 193400, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09cv368-WHA |
| ) | |
| CHILTON COUNTY TASK FORCE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On September 24, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 22). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.  The plaintiff's claims against the Chilton County Task Force are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

2.  The Chilton County Task Force is DISMISSED as a defendant in this cause of action.

3.  This case is referred back to the Magistrate Judge for additional proceedings regarding the plaintiff's claim of inadequate medical treatment during his

confinement in the Chilton County Jail.

Done this the 27th day of October, 2009.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE